# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CONCERNED CITIZENS FOR**
**NEIGHBORHOOD SCHOOLS**

             V.             CASE NUMBER: 5:05-CV-1070(FJS/DEP)

**JUDITH PASTEL, as Superintendent of**
**Ithaca City School District; BOARD OF**
**EDUCATION OF ITHACA CITY SCHOOL**
**DISTRICT; and ITHACA CITY SCHOOL**
**DISTRICT**

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., dated April 24, 2007.

DATED:    April 24, 2007

                                                       Clerk of Court

LKB:lmp